# Unclaimed Funds

Entered 11/8/2016 to 11/8/2016

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 14-31025 -fjb 19397606 | RAB, Inc. ONRABIOI P.O. Box 1022 Wixom , MI 48393-1022 48393-1022 | 9,115.55 | 11/08/2016 |

**Grand Total: 9,115.55**